# U.S. Department of Justice

*United States Attorney*
*Eastern District of Virginia*

*PAUL J. McNULTY*
*UNITED STATES ATTORNEY*

*2100 Jamieson Avenue*
*Alexandria, Virginia 22314*

*703/299-3700*
*FAX: 703/299-3982*


August 6, 2002

By Mail and Facsimile: 804-916-2759
Patricia S. Connor, Clerk
United States Court of Appeals
for the Fourth Circuit
United States Courthouse
1100 East Main Street, Suite 501
Richmond, Virginia 23219

FILED
AUG - 6 2002
U.S. Court of Appeals
Fourth Circuit

Re: United States v. Zacarias Moussaoui, Nos. 02-6(L), 02-17

Dear Ms. Connor:

The United States submits this letter brief in response to appellant's opening brief filed on August 2, 2002, in the above-captioned cases. We are satisfied with appellant's Statement of Jurisdiction, Statement of the Issues, Statement of the Case and Statement of Facts. In addition, we agree with appellant's brief that the appeals involve non-justiciable moot issues and issues involving interlocutory orders that are not subject to appeal at this juncture. See United States v. Lawrence, 201 F.3d 536 (4th Cir. 2000). Accordingly, we agree with appellant's brief that the appeals should be dismissed.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By: [signature]
Alessandra DeBlasio
Assistant United States Attorney

cc: Frank W. Dunham, Jr.
Federal Public Defender
for the Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, Virginia 22314
Facsimile: (703) 600-0880

Edward B. MacMahon, Jr., Esq.
107 East Washington Street
Middleburg, Virginia 20117
Facsimile: (540) 687-6366

Alan H. Yamamoto, Esq.
108 North Alfred Street, 1st Floor
Alexandria, Virginia 22314
Facsimile: (703) 684-9700

Frances H. Pratt, Esq.
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Facsimile: (703) 600-0880

See attached Certificate of Service

## CERTIFICATE OF SERVICE

This is to certify that a copy of the letter brief for the United States was mailed and faxed to the attorneys listed below on this 6th day of August 2002.

Frank W. Dunham, Jr.
Federal Public Defender
for the Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, Virginia 22314
Facsimile: (703) 600-0880
Counsel for Appellant

Edward B. MacMahon, Jr., Esq.
107 East Washington Street
Middleburg, Virginia 20117
Facsimile: (540) 687-6366
Counsel for Appellant

Alan H. Yamamoto, Esq.
108 North Alfred Street, 1st Floor
Alexandria, Virginia 22314
Facsimile: (703) 684-9700
Counsel for Appellant

Frances H. Pratt, Esq.
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Facsimile: (703) 600-0880

Alessandra DeBlasio
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314